NORTHAM TRADING CORP. *v.* UNITED STATES

**No. 6256.**—Invoices dated Riga, Latvia, June 1929.
Certified July 2, 1929, etc.
Entered at New York, N. Y., July 19, 1929, etc.
Entry No. 713733, etc.

(Decided February 14, 1946)

No appearance by the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

MOLLISON, Judge: When these appeals for reappraisement were called on the calendar, no appearance was made on behalf of the plaintiff, although duly notified of the time and place thereof.

As this record contains no evidence to warrant a disturbance of the values reported by the appraiser, I find the proper values to be the appraised values.

Judgment will be rendered accordingly.